UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLINA ROCHA RODRIGUEZ, | |
| Plaintiff(s), | 23-CV-8776 (DEH) |
| v. | **ORDER** |
| UR M. JADDOU, et al., | |
| Defendant(s). | |

DALE E. HO, United States District Judge:

On October 5, 2023, Plaintiff filed a Complaint in the Nature of Mandamus, seeking an order requiring Defendants' to adjudicate Plaintiff's application for removal of conditions on Plaintiff's residency in the United States.  On October 25, 2023, Defendants appeared.

It is hereby **ORDERED** that by **November 22, 2023**, Plaintiff shall file a memorandum of law in support of her request for a writ of mandamus. The memorandum shall not exceed fifteen pages. The Government shall, by **December 22, 2023**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **January 5, 2024**, file any reply memorandum that shall not exceed eight pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

SO ORDERED.

Dated: October 26, 2023
New York, New York

_____
DALE E. HO
United States District Judge